**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rhonda Dionne Boettcher, et al. v. Bayer Corporation, et al.* | No. 11-cv-13370-DRH |
| *Teri Brown v. Bayer Corporation, et al.* | No. 12-cv-10569-DRH |
| *Cicely Burns v. Bayer Corporation, et al.* | No. 10-cv-20473-DRH |
| *Candice L. Cole v. Bayer Corporation, et al.* | No. 10-cv-11981-DRH |
| *Brianne Nichole Connolly v. Bayer Corporation, et al.* | No. 12-cv-11497-DRH |
| *Selena Foo, et al. v. Bayer Corporation, et al.* | No. 11-cv-13084-DRH |
| *Lisa Marie Forzano v. Bayer Corporation, et al.* | No. 11-cv-20040-DRH |
| *Brenna R. Gourlay v. Bayer Corporation, et al.* | No. 11-cv-20105-DRH |
| *Jami Graham, et al. v. Bayer Corporation, et al.* | No. 12-cv-10780-DRH |
| *Laura Griffin, et al. v. Bayer Corporation, et al.* | No. 12-cv-11052-DRH |
| *Cecilia Lissette Herrera v. Bayer Corporation, et al.* | No. 11-cv-20043-DRH |
| *Emily L. Jackson v. Bayer Corporation, et al.* | No. 11-cv-12205-DRH |
| *Mysly Jean-Julien, et al. v. Bayer Corporation, et al.* | No. 10-cv-20474-DRH |
| *Mia Bella Anne Jones, et al. v. Bayer Corporation, et al.* | No. 11-cv-13217-DRH |
| *Alicia N. Lester v. Bayer Corporation, et al.* | No. 12-cv-11345-DRH |
| *Amber Merriman v. Bayer Corporation, et al.* | No. 12-cv-11018-DRH |

*Illissa R. Nordyk v. Bayer Corporation, et al.*      No. 11-cv-12335-DRH

*Cecilia H. Prokos, et al. v. Bayer*      No. 10-cv-12632-DRH
*Corporation, et al.*

*Vernessa Seda, et al. v. Bayer Corporation, et al.*    No. 12-cv-10401-DRH

*Margaret Smith, et al. v. Bayer Corporation, et al.*  No. 13-cv-10636-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 4, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  __/s/*Caitlin Fischer*__
           **Deputy Clerk**

**Dated:**  June 6, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.06
10:33:38 -05'00'

**APPROVED:**
     **CHIEF JUDGE**
     **U. S. DISTRICT COURT**

2